**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **J.B. By and through his parent** | ) | |
| **& legal guardian, James Barker and** | ) | |
| **As admin. Of the Estate of Jennifer** | ) | |
| **C. Wade, et al.** | ) | **CASE NO.: 1:26-CV-928** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **JUDGE SOLOMON OLIVER, Jr.** |
| | ) | |
| **HAROLD PRETEL, et al.** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**NOTICE OF APPEARANCE**

---

Now come Assistant Prosecutor Michael J. Stewart and Assistant Prosecutor Bridget Dever and hereby enter their appearances as counsel of record on behalf of Defendants Harold Pretel, Cuyahoga County Corrections Center, and Cuyahoga County. It is requested that the Court and other parties direct all notices, filings, and correspondence related to this action to the undersigned by way of the contact information listed.

1

Respectfully submitted,

MICHAEL C. O'MALLEY, Prosecuting
Attorney of Cuyahoga County, Ohio

*/s/ Michael J. Stewart*
MICHAEL J. STEWART (0082257)
(216) 443-6673
mjstewart@prosecutor.cuyahogacounty.us
BRIDGET E. DEVER (102462)
(216) 443-5947
bdever@prosecutor.cuyahogacounty.us
Assistant Prosecuting Attorneys
Cuyahoga County Prosecutor's Office
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor.
Cleveland, Ohio 44113

## CERTIFICATE OF SERVICE

I certify that on May 8, 2026, a copy of the *Notice of Appearance* was filed electronically.

Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing

system. Parties may access this filing through the Court's system.

*/s/ Michael J. Stewart*
MICHAEL J. STEWART (0082257)
Assistant Prosecuting Attorney

2